## FEDERAL VARNISH CO. v. BOELSEN.

### SAME v. FASS.

(Supreme Court, Appellate Term. April 8, 1911.)

EVIDENCE (§ 590*)—WEIGHT AND SUFFICIENCY.

Though testimony was not contradicted, where it was given by witnesses directly interested or having a confessed bias, and it was improbable in many particulars, the court was entitled to discredit it.

[Ed. Note.—For other cases, see Evidence, Cent. Dig. § 2439; Dec. Dig. § 590.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Actions by the Federal Varnish Company against Otto Boelsen and against Nathan Fass. From judgments in favor of plaintiff in each action, defendants appeal. Affirmed.

Argued before SEABURY, LEHMAN, and BIJUR, JJ.

James I. Moore, for appellant Boelsen.

Gallatin & Lebowitz, for appellant Fass.

William H. Keeler (John H. McCrahon, of counsel), for respondent.

PER CURIAM. The trial justice did not dismiss the counterclaims, but gave judgment after both parties had rested. Though the testimony produced by the defendants was not contradicted, it was given by witnesses directly interested in the result or having a confessed bias, and was subject to the court's scrutiny. It was improbable

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

in many particulars, and the witness Kiernan and the defendant Fass fail to agree in their testimony as to the representations made by Kiernan. It does not appear that the trial justice credited these witnesses, and the judgments should be affirmed, with costs.

Judgments affirmed, with costs.